IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR02-4078-MWB |
| | ) | JUDGMENT OF ACQUITTAL |
| GREGORY MARK NAIRN, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Mark W. Bennett and the issues having been duly tried the jury has rendered its verdict of not guilty to the charges in the indictment, it is therefore

**ORDERED AND ADJUDGED**

Defendant, Gregory Mark Nairn, is acquitted as to Count 2 of the Superseding Indictment.

Dated this 20th day of April, 2006

_____
MARK W. BENNETT, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT